IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 1:22CR 47 -1 |
| : | |
| ELLIOTT MAURICE BROWNING : | |

The Grand Jury charges:

On or about June 21, 2021, in the County of Guilford, in the Middle District of North Carolina, ELLIOTT MAURICE BROWNING, having three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another, and each conviction being for a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Springfield 9mm handgun, with knowledge of a previous conviction for a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture

pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, ELLIOTT MAURICE BROWNING, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

   a. Springfield, Model XD-9, 9mm pistol, bearing serial number BY244777; and

   c. Ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: February 28, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: VERONICA L. EDMISTEN
Assistant United States Attorney

A TRUE BILL:

FOREPERSON